No. 43,131

STATE OF KANSAS, *Appellee,* v. MARVIN L. ROBERTSON, *Appellant.*

(378 P. 2d 41)

Opinion filed January 26, 1963.

Appellant was on the briefs *pro se.*

*Michael E. Chalfant,* county attorney, argued the cause, and *William M. Ferguson,* attorney general, and *Dennis O. Smith* and *Richard J. Rome,* assistant county attorneys, were with him on the briefs for the appellee.

The opinion of the court was delivered by

ROBB, J.: This is an appeal in a criminal case wherein the appellant filed a petition for writ of error *coram nobis* and is a companion case to No. 43,130, this day decided. The cases were jointly tried by the court below and the writs denied. The appeal in No. 43,130 is being dismissed on the grounds of lack of jurisdiction and the jurisdiction and the rulings made in that case are controlling here.

Appeal dismissed.